IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | 8:19-CV-543 <br><br><br> ORDER |

This matter is before the Court on the matter of interpreters. It is the Court's understanding that one or more parties have indicated the need for a witness interpreter to assist with trial.

"The [C]ourt may appoint an interpreter of its choosing; fix reasonable compensation to be paid from funds provided by law or by one or more parties; and tax the compensation as costs." Fed. R. Civ. P. 43(d). The interpreter "must be qualified and must give an oath or affirmation to make a true translation." Fed. R. Evid. 604. Pursuant to this authority and guidance, the Court orders the proponent of any witness requiring interpretation services to provide such services for both direct and cross examination. The proponent party shall be financially responsible for the interpretation services. Furthermore, the proponent party must utilize federally-certified interpretation services. The parties are directed to contact Laura Garcia-Hein at 402-661-7307 for assistance locating federally-certified interpreters, if needed.

Dated this 29th day of June, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge