IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA HERNANDEZ,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>     Defendant. | 8:19-CV-543<br><br>**ORDER** |

This matter comes before the Court on the parties' joint request for judgment as to the first cause of action. Upon notification by the parties that they had reached a settlement as to the first cause of action in the Complaint, Filing 1-1, the Court held a hearing on the matter. *See* Filing 81. Pursuant to the parties' agreement,

 IT IS ORDERED:

1. Judgment is entered against Defendant on the first cause of action for breach of contract for the policy limit of $100,000;

2. Plaintiff's second cause of action for bad faith remains pending, and the Court refers said claim to the Magistrate Judge for case progression; and

3. The jury trial scheduled for July 13, 2021, is hereby cancelled.

Dated this 9th day of July, 2021.

              BY THE COURT:

              Brian C. Buescher
              United States District Judge