IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPNAY,<br><br>Defendant. | 8:19CV543<br><br>**ORDER FOR DISMISSAL** |

This case is before the Court on the parties' Stipulation For Dismissal With Prejudice. Filing 113. The Stipulation is signed by counsel for both parties and requests dismissal with prejudice, with each party to bear its own costs and attorneys' fees. Although such a Stipulation does not require a court order, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to the parties' Stipulation, this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 30th day of June, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge